IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROSE M. SELVIDGE                                                    PLAINTIFF

VS.                      CASE NO. 07-CV-1077

MICHAEL J. ASTRUE, Commissioner
Social Service Administration                                   DEFENDANT

## **JUDGMENT**

Now on this 19th day of August 2008, comes on for consideration the Report and Recommendation dated July 31, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 7). Ten (10) days have passed without objection being filed by the parties.

The Court has reviewed the case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Magistrate's Report and Recommendation. The decision of the Commissioner is hereby reversed and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) (2006).

IT IS SO ORDERED.

                                                                                   /s/Harry F. Barnes
                                                                                   Hon. Harry F. Barnes
                                                                                   United States District Judge